**UNITED STATES of America, Plaintiff—Appellee,**

v.

**Jose Luis RAMOS–ROSALES, Defendant—Appellant.**

No. 03–10621.

United States Court of Appeals, Ninth Circuit.

---

* The Honorable Thomas M. Reavley, Senior United States Circuit Judge for the Fifth Circuit, sitting by designation.

** This disposition is not appropriate for publication and may not be cited to or by the

Submitted Aug. 1, 2005.*

Decided Aug. 4, 2005.

David L. Gappa, Esq., USF—Office of the U.S. Attorney, Fresno, CA, for Plaintiff—Appellee.

Melody M. Walcott, Esq., FPDCA—Federal Public Defender's Office, Fresno, CA, for Defendant—Appellant.

Before: O'SCANNLAIN, CALLAHAN, and BEA, Circuit Judges.

MEMORANDUM **

Jose Luis Ramos–Rosales appeals his guilty-plea conviction and sentence for illegal re-entry after deportation, in violation of 8 U.S.C. § 1326.

Pursuant to *Anders v. California*, 386 U.S. 738, 87 S.Ct. 1396, 18 L.Ed.2d 493 (1967), counsel for Ramos–Rosales has filed a brief stating there are no grounds for relief, and a motion to withdraw as counsel of record. Ramos–Rosales has filed a pro se supplemental opening brief.

We have conducted an independent review of the record pursuant to *Penson v. Ohio*, 488 U.S. 75, 83, 109 S.Ct. 346, 102 L.Ed.2d 300 (1988). We affirm the conviction. Because the guidelines are now purely advisory, *see United States v. Booker*, —— U.S. ——, 125 S.Ct. 738, 764–67, 160 L.Ed.2d 621 (2005), we remand so the district court can determine if Ramos–Ro-

sales should receive a different sentence under the advisory Guidelines system. *See United States v. Hermoso–Garcia*, 413 F.3d 1085, 1089–90 (9th Cir.2005).

Counsel's motion to withdraw as counsel on appeal is denied. Appellee's request for summary affirmance is denied as moot.

The conviction is **AFFIRMED**, and the sentence is **REMANDED**.

* This panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

** This disposition is not appropriate for publication and may not be cited to or by the

---

courts of this circuit except as provided by Ninth Circuit Rule 36–3.

